NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHAMBERLAIN GROUP, INC.,**
*Appellant*

**v.**

**ONE WORLD TECHNOLOGIES, INC., DBA TECHTRONIC INDUSTRIES POWER EQUIPMENT,**
*Appellee*

---

2018-2111

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00073.

---

**JUDGMENT**

---

JOHN A. DRAGSETH, Fish & Richardson P.C., Minneapolis, MN, argued for appellant. Also represented by ROBERT P. COURTNEY, MARIA ELENA STITELER; BENJAMIN ELACQUA, Houston, TX; KATHERINE VIDAL, MATTHEW R. MCCULLOUGH, MICHAEL RUECKHEIM, Winston & Strawn LLP, Menlo Park, CA.

JASON C. WHITE, Morgan, Lewis & Bockius LLP, Chicago, IL, argued for appellee. Also represented by WILLIAM

R. Peterson, Houston, TX; Dion Michael Bregman, Ahren Christian Hsu-Hoffman, Michael John Lyons, Alexander Stein, Palo Alto, CA; Julie S. Goldemberg, Philadelphia, PA.

_____

This Cause having been heard and considered, it is

Ordered and Adjudged:

Per Curiam (Dyk, Reyna, and Hughes, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

Entered by Order of the Court

September 6, 2019          /s/ Peter R. Marksteiner
Date                                  Peter R. Marksteiner
                                           Clerk of Court